UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **TRANSCEND SHIPPING SYSTEMS, LLC**<br><br>**Plaintiff**<br><br>**v.**<br><br>**HAPAG-LLOYD AG AND HAPAG-LLOYD (AMERICA) LLC,**<br><br>**Defendants** | Case No. 6:20-cv-1195-ADA<br><br>JURY TRIAL DEMANDED |

## CASE READINESS STATUS REPORT

Plaintiff Transcend Shipping Systems, LLC ("Plaintiff") and Defendants Hapag-Lloyd AG and Hapag-Lloyd (America) LLC ("Defendants") hereby provide the following status report in advance of the Case Management Conference ("CMC").

### FILING AND EXTENSIONS

Plaintiff's Original Complaint was filed on December 29, 2020 [Dkt. No. 1]. There has been one extension for a total of 60 days for Defendants to file an answer or otherwise respond to Plaintiff's Original Complaint [Dkt. No. 7].

### RESPONSE TO THE COMPLAINT

Defendant filed an Answer on April 23, 2021 [Dkt. No. 9].

### PENDING MOTIONS

There are currently no pending motions.

### RELATED CASES IN THIS JUDICIAL DISTRICT

There are two (2) other active cases filed by Plaintiff on one or more of the asserted

patents in this judicial district. These include the following cases:

| Case | Case Filing Date |
|---|---|
| *Transcend Shipping Systems, LLC v. CMA CGM (America) LLC and CMA CGM S.A.*; Case No. 6:21-cv-0018-ADA | January 8, 2021 |
| *Transcend Shipping Systems, LLC v. Mediterranean Shipping Company S.A.*; Case No. 6:21-cv-0040-ADA | January 15, 2021 |

### IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

### NUMBER OF ASSERTED PATENTS AND CLAIMS

To date, Plaintiff has asserted five (5) patents and twenty-eight (28) claims against Defendants. Additional claims will may be asserted and charted as part of Plaintiff's Preliminary Infringement Contentions.

### APPOINTMENT OF TECHNICAL ADVISOR

The parties do not request appointment of a technical advisor to assist the Court with claim construction or other technical issues.

### MEET AND CONFER STATUS

Counsel representing Plaintiff and Defendant conducted a meet and confer conference. The parties have no pre-Markman issues to raise at the CMC.

| | |
|---|---|
| Dated: April 30, 2021 | Respectfully Submitted |

/s/ *René A. Vazquez*
René A. Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Thomas Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

**ATTORNEYS FOR PLAINTIFF**
**Transcend Shipping Systems, LLC**